ALLACCESS LAW GROUP
 Irene Karbelashvili, State Bar Number 232223
 irene@allaccesslawgroup.com
 Irakli Karbelashvili, State Bar Number 302971
 irakli@allaccesslawgroup.com
19 North Second Street., Suite 205
San Jose, CA 95113
Telephone:    (408) 295-013
Facsimile:    (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

**GRANTED**
Judge Edward J. Davila
6/26/2017

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISON

| | |
|---|---|
| RACHELLE RIDOLA,<br><br>　　　　　　Plaintiff,<br><br>MIRCO, LLC, a California limited liability company, et al.<br><br>　　　　　　Defendants. | Case No. 16-cv-05918-EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST GISH APARTMENTS, L.P.; AND RESERVATION OF RIGHTS AGAINST CO-DEFENDANTS** |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

Plaintiff Rachelle Ridola dismisses without prejudice this action, pursuant to FRCP41(a)(1)(A)(i), as to Defendant Gish Apartment, L.P. with each side to bear her/its own attorney's fees and costs. Defendant Gish Apartments, L.P. has filed neither an answer nor a motion for summary judgment. This dismissal pertains only to Defendant Gish Apartments L.P. and Plaintiff reserves her rights against Co-Defendants Mirco, LLC and 7-Eleven, Inc.

Dated: June 25, 2017　　　　　　*/s/ Irakli Karbelashvili*
　　　　　　　　　　　　　　　　Irakli Karbelashvili, Attorney for
　　　　　　　　　　　　　　　　Plaintiff RACHELLE RIDOLA

Page 1 of 1
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT GISH APARTMENTS, L.P. ONLY.