1  ALLACCESS LAW GROUP
   Irene Karbelashvili, State Bar Number 232223
2  irene@allaccesslawgroup.com
   Irakli Karbelashvili, State Bar Number 302971
3  irakli@allaccesslawgroup.com
4  19 N. Second Street, Suite 205
   San Jose, CA 95113
5  Telephone:   (408) 295-0137
   Facsimile:   (408) 295-0142
6

7  Attorneys for RACHELLE RIDOLA, Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISON

| | |
|---|---|
| RACHELLE RIDOLA, | Case No. 16-cv-05918-EJD |
| Plaintiff, | **STIPULATION WITH [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |
| MIRCO, LLC, a California limited liability company, et al. | |
| Defendants. | |

## STIPULATION

Plaintiff RACHELLE RIDOLA ("Plaintiff") and Defendants MIRCO, LLC, a California limited liability company; and 7-ELEVEN, INC., a Texas corporation, d/b/a 7-Eleven (collectively "Defendants"), by and through their respective attorneys of record, stipulate as follows:

1. This action shall be dismissed with prejudice against Defendants.

2. The Court will retain jurisdiction to enforce the terms of the SETTLEMENT AGREMEENT AND GENERAL RELEASE entered into and executed by Plaintiff and Defendant MIRCO, LLC.

Page 1 of 3

STIPULATION AND [PROPOSED] ORDER

3. All parties shall bear their own attorneys' fees, costs, and litigation expenses in the action.

4. The Court clerk shall close the case file.

Dated: September 1, 2017  */s/ Irene Karbelashvili*
Irene Karbelashvili, Attorney for Plaintiff
RACHELLE RIDOLA

Dated: September 1, 2017  */s/ Michael G. Ackerman*
Aimee G. Hamoy, Attorney for Defendant
MIRCO, LLC

Dated: September 1, 2017  */s/ Michael S. Orr*
Michael S. Orr, Attorney for Defendant 7-ELEVEN, INC.

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that I received the concurrence of counsel for Defendants in the filing of this document.

By: */s/ Irene Karbelashvili*
IRENE KARBELASHVILI

# [PROPOSED] ORDER

Having reviewed the above stipulation for dismissal by Plaintiff RACHELLE RIDOLA and Defendants MIRCO, LLC, a California limited liability company; and 7-ELEVEN, INC., a Texas corporation, d/b/a 7-Eleven (collectively "Defendants"), and for good cause shown, **IT IS HEREBY ORDERED** that:

1. This action is dismissed with prejudice against Defendants.
2. The Court will retain jurisdiction to enforce the terms of SETTLEMENT AGREEMENT AND GENERAL RELEASE entered into and executed by Plaintiff and Defendant MIRCO, LLC.
3. All parties shall bear their own attorneys' fees, costs, and litigation expenses in this action.
4. The Court clerk shall close the case file.

Dated: September 5, 2017

_____
United States District Judge